**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000451
21-APR-2021
07:58 AM
Dkt. 91 OCOR**

NOS. CAAP-17-0000451 AND CAAP-19-0000664

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

CAAP-17-0000451
NICOLETA JACOBY, Plaintiff-Appellee,
v.
BENNETT JACOBY, Defendant-Appellant,

AND

CAAP-19-0000664
NICOLETA JACOBY, Plaintiff-Appellee,
v.
BENNETT JACOBY, Defendant-Appellant,

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D No. 08-1-281K)

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on April 20, 2021 (docket no. 89) in CAAP-17-0000451 and (docket no. 75) in CAAP-19-0000664 is hereby corrected as follows:

1. On pages 1 - 14, a header should be inserted at the top of each page so that as corrected, the text reads: "NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER".

---

[1] Ginoza, Chief Judge, Leonard and Nakasone, JJ.

  **NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, April 21, 2021.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge